UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 15-24405-CIV-MORENO**

MARCO ROMAGNOLI and ROBERTO
ROMAGNOLI,

        Plaintiffs,

vs.

JAVIER MACEDO and FELISBERTO
FIGUEIRA CAMACHO,

        Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Plaintiffs filed the Complaint on November 30, 2015, and service of the summons and complaint has not been executed as of the date of this Order. On April 8, 2016, the Court issued an Order to Show Cause why the Complaint in this case was not served in compliance with Federal Rule of Civil Procedure 4(m). Plaintiffs responded to the Order to Show Cause (D.E. 10), and the Court granted an extension of time to effectuate service of process until June 24, 2016 (D.E. 13). Service of process has still not been made on Defendants. Therefore, it is

**ADJUDGED** that this case is **DISMISSED** without prejudice for failure to serve the Complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _27_ of June, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record